UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA :

v. : APP. NOS.16-3015 & 16-3016

KEVIN KINNARD GROSS :

APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING

The appellant, through undersigned counsel, with the concurrence of the U.S. Attorney's Office, pursuant to Federal Rules of Appellate Procedure, respectfully requests that this honorable court extend for 30 days the time for filing his initial brief in this matter. In support of his request, the appellant states the following:

1. Pursuant to the order of this honorable court appellant's brief is now due on January 2, 2017.

2. Due to the press of year end business, counsel finds it a personal hardship to complete his filing by the designated time.

3. Additionally, holiday plans will have counsel out of the jurisdiction for a good deal of the Christmas period.

4. There is no oral argument set in this matter and no previous extension has been requested.

5. The interests of justice require that this request be granted.

6. Counsel has discussed this matter with Elizabeth Danello, Esq., Assistant U.S. Attorney, Appellate Section, and she concurs with the appellant's request.

WHEREFORE, for the foregoing reasons, the appellant respectfully requests that this honorable court grant his request.

Respectfully submitted,

______________/s/______________

Edward C. Sussman No. 174623
Counsel for Appellant
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing motion was served on all interested parties by electronic filing on this 15th day of December, 2016.

_________________/s/____________________

Edward C. Sussman