# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 16-3015** **September Term, 2016**

**1:10-cr-00036-PLF-1**

**Filed On: December 20, 2016** [1651977]

United States of America,

Appellee

v.

Kevin Kinnard Gross,

Appellant

**ORDER**

Upon consideration of appellant's unopposed motion for a 30-day extension of time to file his opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | February 2, 2017 |
| Appendix | February 2, 2017 |
| Appellee's Brief | March 6, 2017 |
| Appellant's Reply Brief | March 20, 2017 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Rebecca L. Thompson
Deputy Clerk